IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CUBE INFRASTRUCTURE FUND SICAV, *et al.*,

    Plaintiffs-Appellees,

v.

KINGDOM OF SPAIN,

    Defendant-Appellant.

Case No. 25-7136

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's scheduling order of September 16, 2025, counsel for Plaintiffs-Appellees certifies as follows:

**A. Parties and Amici**

Plaintiffs-Appellees are Cube Infrastructure Fund SICAV, Cube Infrastructure Managers S.A., Cube Energy S.A.R.L., Demeter Investment Managers S.A., and Demeter 2 FPCI.

Defendant-Appellant is the Kingdom of Spain.

No *amici curiae* have appeared to date in this Court. The European Commission appeared as *amicus curiae* in the district court below.

**B. Rulings Under Review**

Defendant-Appellant appeals from the memorandum opinion [ECF No. 100]

and order of final judgment [ECF No. 101] issued on August 14, 2025 by the Honorable Loren L. AliKhan (D.D.C. Case No. 1:20-cv-1708 (LLA)), denying Defendant-Appellant's motion to dismiss, denying Plaintiffs-Appellees' motion for judgment on the pleadings, and granting Plaintiffs-Appellees' alternative request for summary judgment.

### C. Related Cases

This case has not previously been before this Court or any court other than the district court below.

Counsel is not aware of any cases that involve substantially the same parties and the same or similar issues and are therefore related within the meaning of D.C. Cir. Rule 28(a)(1)(C).

Dated: October 16, 2025    Respectfully submitted

*/s/ James E. Berger*
James E. Berger (D.C. Bar 481408)
Charlene C. Sun (D.C. Bar 1027854)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 556-2200
Fax: (212) 556-2222
1251 Avenue of the Americas
New York, NY 10020
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com

*Attorneys for Plaintiffs-Appellees*