IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CUBE INFRASTRUCTURE FUND SICAV, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KINGDOM OF SPAIN, <br><br> Defendant-Appellant. | Case No. 25-7136 |

### F.R.A.P. 26.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellee Cube Infrastructure Fund SICAV is a private investment fund, established under the laws of the Grand Duchy of Luxembourg. It has no parent corporation or no publicly held corporation that owns 10% or more of its stock.

Plaintiff-Appellee Cube Infrastructure Managers S.A. is a *société anonyme* established under the laws of the Grand Duchy of Luxembourg. It has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Plaintiff-Appellee Cube Energy S.A.R.L. is a private limited liability company established under the laws of the Grand Duchy of Luxembourg. It has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Plaintiff-Appellee Demeter 2 FPCI is a professional private equity fund, which is managed by Plaintiff-Appellee Demeter Investment Managers S.A, both of which are organized under the laws of France. Neither has a parent corporation or publicly held corporation that owns 10% or more of its stock.

| | |
|---|---|
| Dated: October 17, 2025 | Respectfully submitted |
| | _/s/ James E. Berger_ |
| | James E. Berger (D.C. Bar 481408) |
| | Charlene C. Sun (D.C. Bar 1027854) |
| | |
| | DLA Piper LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | Tel: (212) 556-2200 |
| | Fax: (212) 556-2222 |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | james.berger@us.dlapiper.com |
| | charlene.sun@us.dlapiper.com |
| | |
| | *Attorneys for Plaintiffs-Appellees* |